427 A.2d 1195

Commonwealth ex rel., Miller, nee Hamblin v. Miller, II, Appellant.

Reargument Denied July 7, 1980.

614

 Argued September 11, 1979. Daniel M. Corveleyn, submitted a brief on behalf of appellant; Maxwell H. Cohen, for Commonwealth, appellee.

Before PRICE, WIEAND and VAN der VOORT, JJ.*

Order affirmed.

WIEAND, J., filed a memorandum dissenting statement.